United States District Court
Southern District of Texas

**ENTERED**
June 23, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| MARIA ELENA GONZALEZ, § § Plaintiff, § § v. § § ALLSTATE FIRE AND CASUALTY § INSURANCE COMPANY AND JASON § ROGERS, § § Defendants. § | CIVIL ACTION NO. 5:16-cv-00308 |

### ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Maria Elena Gonzalez's and Defendants Allstate Fire and Casualty Insurance Company's and Jason Roger's Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on the 23rd day of June, 2017.

_____
JUDGE PRESIDING

2721637v1
03646.996

**AGREED:**


*/s/ Rene M. Sigman*
Rene M. Sigman
State Bar No. 24037492
THE MOSTYN LAW FIRM
3810 W. Alabama St.
Houston, TX 77027
Telephone: (713) 861-6616
Telecopy:   (713) 861-8084
rmsigman@mostynlaw.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ Roger D. Higgins*
Roger D. Higgins
State Bar No. 09601500
rhiggins@thompsoncoe.com
Vanessa Rosa
State Bar No. 24081769
vrosa@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Telecopy:   (214) 871-8209

**ATTORNEYS FOR DEFENDANTS**